UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAYLOR MORRISON, INC.,

    Plaintiff,

v.                               Case No: 2:22-cv-313-JES-KCD

RICARDO DE CAMPS,

    Defendant.

**ORDER**

This matter comes before the Court on the parties' Stipulation and Joint Motion for Dismissal With Prejudice (Doc. #45) filed on May 23, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __5th__ day of June 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record